THE STATE EX REL. FERNBACH, APPELLANT, *v.* BRUSH, CLERK, APPELLEE.

[Cite as *State ex rel. Fernbach v. Brush,* 133 Ohio St.3d 151, 2012-Ohio-4214.]

*Appeal of denial of writ of mandamus—Judgment affirmed.*

(No. 2012-0105—Submitted September 12, 2012—Decided September 20, 2012.)

APPEAL from the Court of Appeals for Montgomery County, No. 24713.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals denying the request of appellant, Richard Fernbach, for a writ of mandamus to compel appellee, Montgomery County Clerk of Courts Gregory A. Brush, to turn over certain records to him under R.C. 149.43, the Public Records Act.

**{¶ 2}** R.C. 149.43(B)(8) requires an incarcerated criminal offender who seeks records relating to an inmate's criminal prosecution to obtain a finding by the sentencing judge or the judge's successor that the requested information is necessary to support what appears to be a justiciable claim. *State ex rel. Chatfield v. Flautt*, 131 Ohio St.3d 383, 2012-Ohio-1294, 965 N.E.2d 304. Fernbach did not obtain such a finding.

**{¶ 3}** Insofar as Fernbach claims on appeal that R.C. 149.43(B)(8) is unconstitutional, he waived this claim by failing to raise it below. *State ex rel. Boyd v. Ward*, 132 Ohio St.3d 90, 2012-Ohio-2359, 969 N.E.2d 263, ¶ 3.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Richard Fernbach, pro se.

_____